IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 19 CR 159 WMC |
| JOSHUA REEDY, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about August 16, 2019, in the Western District of Wisconsin, the defendant,

JOSHUA REEDY,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a Taiyo Juki shotgun, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 11/6/19

_____
SCOTT C. BLADER
United States Attorney